**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877-206-4741**
**Fax: 866-633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY WEICK,** ) | Case No. |
| ) | |
| Plaintiff, ) | **COMPLAINT FOR VIOLATION** |
| ) | **OF FEDERAL FAIR DEBT** |
| vs. ) | **COLLECTION PRACTICES ACT** |
| ) | **AND ROSENTHAL FAIR DEBT** |
| **MALCOLM S GERALD &** ) | **COLLECTION PRACTICES ACT** |
| **ASSOCIATES, INC., a corporation;** ) | |
| **DAVID STEIN, an individual,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code § 1788, *et seq.* (hereinafter "RFDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d).

## III. PARTIES

3. Plaintiff, Kimberly Weick ("Plaintiff"), is a natural person residing in Sacramento county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

4. At all relevant times herein, Defendant, Malcolm S Gerald & Associates, Inc. ("Defendant MGA") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f).  Defendant MGA regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

5. At all relevant times herein, Defendant, David Stein ("Defendant Stein") was president of Defendant MGS.  As an officer, shareholder and/or director of Defendant MGS, Defendant Stein was responsible for the overall success of the company. Defendant Stein is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c): he

materially participated in collecting debt by occupying a position of critical importance to Defendant MGA's business; as the president of Defendant MGA, he exercised control over the affairs of a debt collection business; and he was regularly engaged, albeit more often indirectly than directly, in the collection of debts through his involvement in Defendant MGA's affairs and Defendant Stein continued to play a key role in maintaining and expanding Defendant MGA's debt collection activities throughout the time in question.

## IV.  FACTUAL ALLEGATIONS

6. At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant MGA contacted Plaintiff in an attempt to collect an alleged outstanding debt.

7. In March 2011, Plaintiff was initially informed of an alleged debt owed to Defendant, a debt that was purchased by Defendant from another debt collector.

8. On more than one occasion, Defendant threatened Plaintiff that failure to pay the alleged debt would result in a negative report of the alleged debt, including but not limited to, threats from Ms. Sanchez, an employee of Defendant, claiming that the alleged debt could reappear on her report despite being previously taken off.

9. On more than one occasion, Plaintiff requested that Defendant cease and desist from contacting Plaintiff in connection with an attempt to collect the alleged debt.

10. Despite being told by Plaintiff to cease and desist calls, Ms. Sanchez, employee of Defendant, threatened to continue to call Plaintiff regardless of her requests.

11. Defendant MGA's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

   a) Engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff (§1692d));

   b) Using false, deceptive, or misleading representations or means in connection with collection of a debt (§1692e));

   c) Communicating or threatening to communicate credit information which is known or which should be known to be false (§1692e(8)); and

   d) Notwithstanding any other provision of this title, every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of Sections 1692b to 1692j, inclusive, of, and shall be subject to the remedies in Section 1692k of, Title 15 of the United States Code. However, subsection (11) of Section 1692e and Section 1692g shall not apply to any person specified in paragraphs (A) and (B) of subsection (6) of Section 1692a of Title 15 of the United States Code or that person's principal. The

references to federal codes in this section refer to those codes as they read January 1, 2001 (cal Civ Code §1788.17).

12.    Defendant Stein as president of Defendant MGA is directly responsible for Defendant MGA's violations.

13.    As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendants are liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

14.    Plaintiff reincorporates by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendants for the following:

   A.    Declaratory judgment that Defendants' conduct violated the FDCPA;
   B.    Actual damages;
   C.    Statutory damages;
   D.    Costs and reasonable attorney's fees; and,
   E.    For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

15. Plaintiff reincorporates by reference all of the preceding paragraphs.

16. To the extent that Defendants' actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendants for the following:

A. Declaratory judgment that Defendant's conduct violated the RFDCPA;

B. Actual damages;

C. Statutory damages for willful and negligent violations;

D. Costs and reasonable attorney's fees,

E. For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 22nd day of April, 2011.

By: s/Todd M. Friedman_____
Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff